IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>Albert J. and Pamela D. Szoke,<br><br>           Debtors. | Case No. 10-32461<br>Chapter 7 |
| Jacqueline Sells Homann,<br>Trustee,<br><br>           Plaintiff,<br><br>      v.<br><br>Christopher Stockbridge,<br><br>           Defendant. | Adversary Proceeding No. _____ |

## COMPLAINT FOR DAMAGES

Trustee, Jacqueline Sells Homann for her complaint against Christopher Stockbridge to recover damages, states as follows:

### A.

### JURISDICTION VENUE

1. The court has jurisdiction over the parties and subject matter of this proceeding pursuant to 28 U.S.C. §157(b) and 1334.

2. This action is a core proceeding pursuant to 28 U.S.C. §157(b).

3. Venue is proper pursuant to 28 U.S.C. §1409, in that this is a proceeding arising in and relating to the above-entitled case pending before this court.

4.  This adversary proceeding is brought pursuant to Federal Rule of Bankruptcy Procedure 7001.

## B.

## THE PARTIES

5.  On May 20, 2010, the Debtors, Albert J and Pamela D. Szoke, filed their bankruptcy petition under Chapter 7 of the Bankruptcy Code.

6.  Christopher Stockbridge is a resident of Indiana.

## C.

## CAUSE OF ACTION

7.  The allegations contained in paragraphs 1 through 8 above are incorporated herein.

8.  Stockbridge entered into a contract is attached to this complaint as Exhibit A. Pursuant to its terms, Szoke loaned $35,000.00 to Stockbridge.

9.  Under the terms of the contract, Stockbridge was to repay the loan in monthly increments of $1,200.00 beginning in November of 2005.

10. As of the date of this filing Stockbridge has made total payments of $9,400.00.

11. Stockbridge hasn't made a payment since June 15, 2006.

12. Stockbridge's failure to continue making payments constitutes a breach of the contract.

13. Stockbridge currently owes $25,600.00 on the balance of the contract.

14. The Plaintiff, Jacqueline Sells Homann, has been appointed the Chapter 7

Trustee for the Bankruptcy Estate.

15. Homann has the ability to prosecute the claim on behalf of the Bankruptcy Estate as the obligations due to the Debtor are property of the Bankruptcy Estate. 11 U.S.C. § 541.

Wherefore, Jacqueline Sell Homann, Trustee of the Bankruptcy Estate of Albert and Pamela Szoke, requests judgment against Christopher Stockbridge in an amount adequate to compensate the Bankruptcy Estate for the Szokes' losses, for the costs of this action, and for all other just and proper relief in the premises.

Date: January 31, 2010

/s/ Joshua Payton
Jacqueline Sell Homan (15462-71)
Joshua R. Payton (27999-71)
Attorneys for Plaintiff

JONES OBENCHAIN, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
E-Mail:   jsh@jonesobenchain.com
          jpayton@jonesobenchain.com

# "Exhibit A"

# Contract

Agreement made this __10th__ day of __October__, 20__05__, between __Albert Szolke__ and __Chris Stockbridge__.

The parties to this agreement, in consideration of the mutual covenants and stipulations set out, agree as follows:

In consideration, for Albert Szolke giving $35,000 to Chris Stockbridge. He will receive $1200/month until at least January of 2006. At which time monies will either be returned or re-invested.

## Section I: Instrument as Entire Agreement

This instrument contains the entire agreement between the parties, and no statements, promises or inducements made by either party or agent of either party that are not contained in this contract shall be valid or binding; this contract may not be enlarged, modified or altered except in writing signed by both parties and endorsed on this agreement.

## Section II: Effect of Agreement

This agreement shall inure to the benefit of and be binding on the heirs, executors, assignees and successors of the respective parties.

IN WITNESS WHEREOF, the parties have executed this agreement on the day and year first above written.

_[signature]_
Signature of First Party

_[signature]_
Signature of Second Party

__Albert J. Szoke__
Print Name of First Party

__Chris Stockbridge__
Print Name of Second Party

__12684 Vicki Ln.__
Street Address of First Party

__55678 Wild Game Dr__
Street Address of Second Party

__Granger, IN. 46530__
City/State/Zip

__Osceola, IN 46561__
City/State/Zip